# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Asma M Saad | § | Case No. 14-39902 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

  1.  A petition under chapter  7  of the United States Bankruptcy Code was filed on 11/01/2014 .   The undersigned trustee was appointed on  11/01/2014 .

  2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

  3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

|  | | |
|---|---|---:|
| 4.  The trustee realized gross receipts of | $ | 330,000.00 |

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 28,537.13 |
| Bank service fees | 349.66 |
| Other payments to creditors | 178,537.15 |
| Non-estate funds paid to 3rd Parties | 78,631.17 |
| Exemptions paid to the debtor | 15,000.00 |
| Other payments to the debtor | 0.00 |

| | | |
|---|---|---:|
| Leaving a balance on hand of[1] | $ | 28,944.89 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

    5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

    6.  The deadline for filing non-governmental claims in this case was  07/22/2015  and the deadline for filing governmental claims was  07/22/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

    7.  The Trustee's proposed distribution is attached as **Exhibit D**.

    8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 15,068.44 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

    The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 15,068.44 , for a total compensation of $ 15,068.44 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 24.15 , for total expenses of $ 24.15 [2].

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  10/07/2016                          By:/s/Zane L. Zielinski
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-39902 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
|---|---|---|---|---|---|---|

Case Name:   Asma M Saad

Date Filed (f) or Converted (c):   11/01/2014 (f)

341(a) Meeting Date:   12/01/2014

For Period Ending:   10/07/2016

Claims Bar Date:   07/22/2015

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  25209 Wagon Wheel Lane, Frankfort IL 60423 | 225,000.00 | 0.00 | | 330,000.00 | FA |
| 2.  Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3.  Charter One Checking | 100.00 | 0.00 | | 0.00 | FA |
| 4.  Household goods and furnishings, including audio, video, and | 500.00 | 0.00 | | 0.00 | FA |
| 5.  Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6.  100% Common Stock Tobacco House, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 7.  100% Common Stock Border Tobacco, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 8.  2009 Chevy Silverado | 22,000.00 | 0.00 | | 0.00 | FA |
| INT.  Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $248,200.00          $0.00          $330,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is seeking to avoid a second mortgage on real property.  The Trustee is also seeking to sell the Debtor's home.

Exhibit A

| RE PROP # | 1 | -- | Undivided 1/2 interest in property |
| RE PROP # | 2 | -- | Cash on hand |
| RE PROP # | 3 | -- | Charter One Checking |
| RE PROP # | 4 | -- | Household goods and furnishings, including audio, video, and computer equipment. |
| RE PROP # | 5 | -- | Wearing Apparel |
| RE PROP # | 6 | -- | 100% Common Stock Tobacco House, Inc. The Company had ceased operations. |
| RE PROP # | 7 | -- | 100% Common Stock Border Tobacco, Inc.  The company ceased operations. |
| RE PROP # | 8 | -- | 2009 Chevy Silverado |

Initial Projected Date of Final Report (TFR): 09/30/2015        Current Projected Date of Final Report (TFR): 11/30/2016

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | |
|---|---|
| Case No: 14-39902 | Trustee Name: Zane L. Zielinski |
| Case Name: Asma M Saad | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4586 |
| | Checking |
| Taxpayer ID No: XX-XXX3833 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/16 | 1 | Polish & Slavic Credit Union | Earnest Money for Real Estate Deal | 1110-000 | $2,500.00 | | $2,500.00 |
| 06/03/16 | | Chicago Title and Trust Company 7831 West 95th Street Hickory Hills, IL 60457 | Sale of Real Estate | | $104,762.37 | | $107,262.37 |
| | | | Gross Receipts                $327,500.00 | | | | |
| | | Seterus PO Box 54420 Los Angeles, CA 90054 | First Mortgage Lien         ($143,537.15) | 4110-000 | | | |
| | | Nabih H. Ayad & Associates, P.C. 645 Griswold suite 2202 Detroit MI 48226 | Second Mortgage          ($35,000.00) | 4110-000 | | | |
| | | Asma Saad | debtor's Exemption         ($15,000.00) | 8100-002 | | | |
| | | Studnicka & Associates | Closing Costs - Survey         ($350.00) | 2500-000 | | | |
| | | Prestige Properties, | Real Estate Commission       ($16,500.00) | 3510-000 | | | |
| | | Chicago Title Insurance Company | closing costs            ($12,350.48) | 2500-000 | | | |
| | 1 | | 25209 Wagon Wheel Lane, Frankfort IL 60423      $327,500.00 | 1110-000 | | | |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $10.00 | $107,252.37 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $129.16 | $107,123.21 |
| 07/13/16 | | Seterus 14523 SW Millikan Way Suite 200 Beaverton, OR 97005 | Refund of closing costs | 2500-000 | | ($663.35) | $107,786.56 |

Page Subtotals:                $107,262.37        ($524.19)

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: 14-39902 | Trustee Name: Zane L. Zielinski |
| Case Name: Asma M Saad | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4586 |
| | Checking |
| Taxpayer ID No: XX-XXX3833 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 10/07/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/26/16 | 5001 | Clerk of the Court U.S. District Court, Northern District of Illinois 219 South Dearborn Street, 20th Floor Chicago, Illinois 60604 | Case No. 09 CR 999 Abbas Ghaddar sale proceeds paid pursuant to agreed order entered on July 26, 2016 | 8500-002 | | $78,631.17 | $29,155.39 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $159.83 | $28,995.56 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.67 | $28,944.89 |

| | | |
|---|---|---|
| COLUMN TOTALS | $107,262.37 | $78,317.48 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $107,262.37 | $78,317.48 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $107,262.37 | $78,317.48 |

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4586 - Checking | $107,262.37 | $78,317.48 | $28,944.89 |
| | $107,262.37 | $78,317.48 | $28,944.89 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $222,737.63 |
| Total Net Deposits: | $107,262.37 |
| Total Gross Receipts: | $330,000.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 14-39902                                                                                    Date: October 7, 2016
Debtor Name: Asma M Saad
Claims Bar Date: 7/22/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $15,068.44 | $15,068.44 |
| 100 2200 | Zane L. Zielinski 6336 N. Cicero Avenue Suite 201 Chicago, Illinois 60646 | Administrative | | $0.00 | $24.15 | $24.15 |
| 100 2700 | United States Bankruptcy Court | Administrative | Filing Fee for Adversary Complaint filed. | $0.00 | $350.00 | $350.00 |
| 100 3110 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $2,619.10 | $2,619.10 |
| 100 3110 | The Law Offices of William J. Factor, LTD 105 W. Madison Suite 1500 Chicago, IL 60602 | Administrative | | $0.00 | $5,855.00 | $5,855.00 |
| 100 3120 | The Law Offices of William J. Factor, LTD 105 W. Madison Suite 1500 Chicago, IL 60602 | Administrative | | $0.00 | $20.98 | $20.98 |
| 100 3420 | Alan D. Lasko & Associates P.C. | Administrative | | $0.00 | $42.05 | $42.05 |
| 100 3510 | Prestige Properties, | Administrative | | $0.00 | $16,500.00 | $16,500.00 |
| 1 280 5800 | Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 | Priority | On March 11, 2016, the IRS filed an amended proof of claim as both a priority claim and a general unsecured claim. | $0.00 | $2,225.14 | $2,225.14 |

Page 1                                                                                     Printed: October 7, 2016

Exhibit C

## ANALYSIS OF CLAIMS REGISTER

Case Number: 14-39902                                                                 Date: October 7, 2016
Debtor Name: Asma M Saad
Claims Bar Date: 7/22/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 280 5800 | Illinois Department Of Revenue Bankruptcy Section Po Box 64338 Chicago Il 60664-0338 | Priority | | $0.00 | $6,507,398.12 | $6,507,398.12 |
| 8 280 5800 | Illinois Department Of Revenue Bankruptcy Section Po Box 64338 Chicago Il 60664-0338 | Priority | This claim represents unpaid Income Tax from 2013, and 2014. | $0.00 | $8,191.73 | $8,191.73 |
| 1A 300 7100 | Internal Revenue Service P.O. Box 7346 Philadelphia, Pa 19101-7346 | Unsecured | On March 11, 2016, the IRS filed an amended proof of claim as both a priority claim and a general unsecured claim. | $0.00 | $316,550.49 | $316,550.49 |
| 2 300 7100 | Wells Fargo Bank, N.A. Po Box 10438 Des Moines, Ia 50306-0438 | Unsecured | This claim was amended to a general unsecured claim. | $0.00 | $1,346.67 | $1,346.67 |
| 3 300 7100 | Pyod, Llc Its Successors And Assigns As Assignee Of Citibank, N.A. Resurgent Capital Services Po Box 19008 Greenville, Sc 29602 | Unsecured | | $0.00 | $284.85 | $284.85 |
| 4 300 7100 | American Express Centurion Bank C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $991.29 | $991.29 |
| 5 300 7100 | Synchrony Bank C/O Recovery Management Systems Corp 25 Se 2Nd Ave Suite 1120 Miami Fl 33131-1605 | Unsecured | | $0.00 | $1,571.37 | $1,571.37 |
| 6 300 7100 | Thomas Lynch, Attorney 9231 S. Roberts Road Hickory Hills Il 60457 | Unsecured | | $0.00 | $11,562.50 | $11,562.50 |
| 7 300 7100 | Illinois Department Of Revenue Bankruptcy Section Po Box 64338 Chicago Il 60664-0338 | Unsecured | This claim represents both priority and a general unsecured claim from 111/30/2004 to 3/31/2014. | $0.00 | $4,347,473.33 | $4,347,473.33 |

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

Exhibit C

### ANALYSIS OF CLAIMS REGISTER

Case Number: 14-39902

Date: October 7, 2016

Debtor Name: Asma M Saad

Claims Bar Date: 7/22/2015

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|--------|---------------------------|-------------|-------|-----------|---------|---------|
| 8 | Illinois Department Of Revenue | Unsecured | | $0.00 | $1,238.90 | $1,238.90 |
| 300 | Bankruptcy Section | | | | | |
| 7100 | Po Box 64338 | | This is the unsecured portion of the claim. | | | |
| | Chicago Il 60664-0338 | | | | | |
| | Nabih H. Ayad & Associates, P.C. | Secured | | $0.00 | $250,000.00 | $35,000.00 |
| 400 | 645 Griswold suite 2202 | | | | | |
| 4110 | Detroit MI 48226 | | This claims was allowed as a reduced secured claim as a settlement agreement. | | | |
| | Seterus | Secured | | $90,000.00 | $143,537.15 | $143,537.15 |
| 400 | PO Box 54420 | | | | | |
| 4110 | Los Angeles, CA 90054 | | This is the first mortgage on the real estate. | | | |
| | Case Totals | | | $90,000.00 | $11,632,851.26 | $11,417,851.26 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-39902
Case Name: Asma M Saad
Trustee Name: Zane L. Zielinski

Balance on hand                                   $            28,944.89

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Nabih H. Ayad & Associates, P.C. | $   250,000.00 | $   35,000.00 | $   35,000.00 | $   0.00 |
| | Seterus | $   143,537.15 | $   143,537.15 | $   143,537.15 | $   0.00 |

Total to be paid to secured creditors            $            0.00

Remaining Balance                                $            28,944.89

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Zane L. Zielinski | $   15,068.44 | $   0.00 | $   15,068.44 |
| Trustee Expenses: Zane L. Zielinski | $   24.15 | $   0.00 | $   24.15 |
| Attorney for Trustee Fees: Alan D. Lasko & Associates P.C. | $   2,619.10 | $   0.00 | $   2,619.10 |
| Accountant for Trustee Expenses: Alan D. Lasko & Associates P.C. | $   42.05 | $   0.00 | $   42.05 |
| Charges: United States Bankruptcy Court | $   350.00 | $   0.00 | $   350.00 |
| Other: Prestige Properties, | $   16,500.00 | $   16,500.00 | $   0.00 |
| Other: The Law Offices of William J. Factor, LTD | $   5,855.00 | $   0.00 | $   5,855.00 |
| Other: The Law Offices of William J. Factor, LTD | $   20.98 | $   0.00 | $   20.98 |

Total to be paid for chapter 7 administrative expenses    $_____23,979.72

Remaining Balance    $_____4,965.17

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 6,517,814.99  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $ 2,225.14 | $ 0.00 | $ 1.70 |
| 7 | Illinois Department Of Revenue | $ 6,507,398.12 | $ 0.00 | $ 4,957.23 |
| 8 | Illinois Department Of Revenue | $ 8,191.73 | $ 0.00 | $ 6.24 |

Total to be paid to priority creditors    $_____4,965.17

Remaining Balance    $_____0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 4,681,019.40  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1A | Internal Revenue Service | $ 316,550.49 | $ 0.00 | $ 0.00 |
| 2 | Wells Fargo Bank, N.A. | $ 1,346.67 | $ 0.00 | $ 0.00 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | $ 284.85 | $ 0.00 | $ 0.00 |
| 4 | American Express Centurion Bank | $ 991.29 | $ 0.00 | $ 0.00 |
| 5 | Synchrony Bank | $ 1,571.37 | $ 0.00 | $ 0.00 |
| 6 | Thomas Lynch, Attorney | $ 11,562.50 | $ 0.00 | $ 0.00 |
| 7 | Illinois Department Of Revenue | $ 4,347,473.33 | $ 0.00 | $ 0.00 |
| 8 | Illinois Department Of Revenue | $ 1,238.90 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $_____ 0.00

Remaining Balance    $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE