# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **ASMA M. SAAD,** | Bankruptcy No. 14-39902 |
| Debtor. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #87)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on November 4, 2016.

Dated: November 4, 2016              **Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **ASMA M. SAAD**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
  ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Nabih Ayad**   ayadlaw@hotmail.com
- **Christopher M Brown**   northerndistrict@atty-pierce.com, Christopher.brown@pierceservices.com
- **Denise A Delaurent**   USTPRegion11.es.ecf@usdoj.gov, Denise.DeLaurent@usdoj.gov;maria.r.kaplan@usdoj.gov
- **William J Factor**   wfactor@wfactorlaw.com, wfactorlaw@gmail.com;bharlow@wfactorlaw.com;wfactor@ecf.inforuptcy.com;wfactormyecfmail@gmail.com
- **Michael Kelly**   michael.kelly@usdoj.gov, MRavelo@usa.doj.gov
- **Patrick S Layng**   USTPRegion11.ES.ECF@usdoj.gov
- **Andrew J Nelson**   anelson@atty-pierce.com, northerndistrict@atty-pierce.com
- **Jeffrey K. Paulsen**   jpaulsen@wfactorlaw.com, bharlow@wfactorlaw.com;jpaulsen@ecf.inforuptcy.com
- **Paul C Sheils**   attorney@paulsheils.com
- **Edmund G Urban**   bknotices@urbanburt.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Internal Revenue Service
P.O. Box 7346
Philadelphia, Pa 19101-7346

**VIA U.S. MAIL**
Wells Fargo Bank, N.A.
Po Box 10438
Des Moines, Ia 50306-0438

**VIA U.S. MAIL**
Pyod, Llc Its Successors And Assigns As Assignee
Of Citibank, N.A.
Resurgent Capital Services
Po Box 19008
Greenville, Sc 29602

**VIA U.S. MAIL**
Synchrony Bank
C/O Recovery Management Systems Corp
25 Se 2Nd Ave Suite 1120
Miami Fl 33131-1605

**VIA U.S. MAIL**
Asma Saad
25209 Wagon Wheel Lane
Frankfort, IL 60423

**VIA U.S. MAIL**
Illinois Department Of Revenue
Bankruptcy Section
Po Box 64338
Chicago Il 60664-0338

**VIA U.S. MAIL**
Bmi Surgery
1690 Silver Cross Blvd., Ste. 260
New Lenox, Il 60451-9508

**VIA U.S. MAIL**
American Express Centurion Bank
C O Becket And Lee Llp
Pob 3001
Malvern, Pa 19355-0701

**VIA U.S. MAIL**
Thomas Lynch, Attorney
9231 S. Roberts Road
Hickory Hills Il 60457