# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Asma M Saad | § | Case No. 14-39902 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Zane L. Zielinski, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 21,500.00<br>*(Without deducting any secured claims)* | Assets Exempt: 16,700.00 |
| Total Distributions to Claimants:  183,502.32 | Claims Discharged<br>Without Payment:  11,193,869.22 |
| Total Expenses of Administration:  52,866.51 | |

3) Total gross receipts of $ 330,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 93,631.17  (see **Exhibit 2**), yielded net receipts of $ 236,368.83  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 90,000.00 | $ 393,537.15 | $ 178,537.15 | $ 178,537.15 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 52,866.51 | 52,866.51 | 52,866.51 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 759,759.00 | 6,517,814.99 | 6,517,814.99 | 4,965.17 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 814,143.89 | 4,681,019.40 | 4,681,019.40 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 1,663,902.89 | $ 11,645,238.05 | $ 11,430,238.05 | $ 236,368.83 |

4) This case was originally filed under chapter 7 on 11/01/2014 . The case was pending for 27 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/09/2017          By:/s/Zane L. Zielinski, Trustee
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 25209 Wagon Wheel Lane, Frankfort IL 60423 | 1110-000 | 330,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 330,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Asma Saad | Exemptions | 8100-002 | 15,000.00 |
| Clerk of the Court | Non-Estate Funds Paid to Third Parties | 8500-002 | 78,631.17 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 93,631.17** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nabih H. Ayad & Associates, P.C. | 4110-000 | NA | 250,000.00 | 35,000.00 | 35,000.00 |
| | Seterus | 4110-000 | 90,000.00 | 143,537.15 | 143,537.15 | 143,537.15 |
| **TOTAL SECURED CLAIMS** | | | **$ 90,000.00** | **$ 393,537.15** | **$ 178,537.15** | **$ 178,537.15** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski, Trustee | 2100-000 | NA | 15,068.44 | 15,068.44 | 15,068.44 |
| Zane L. Zielinski, Trustee | 2200-000 | NA | 24.15 | 24.15 | 24.15 |
| Chicago Title Insurance Company | 2500-000 | NA | 12,350.48 | 12,350.48 | 12,350.48 |
| Seterus | 2500-000 | NA | -663.35 | -663.35 | -663.35 |
| Studnicka & Associates | 2500-000 | NA | 350.00 | 350.00 | 350.00 |
| Associated Bank | 2600-000 | NA | 349.66 | 349.66 | 349.66 |
| United States Bankruptcy Court | 2700-000 | NA | 350.00 | 350.00 | 350.00 |
| The Law Offices of William J. Factor, LTD | 3110-000 | NA | 5,855.00 | 5,855.00 | 5,855.00 |
| The Law Offices of William J. Factor, LTD | 3120-000 | NA | 20.98 | 20.98 | 20.98 |
| Alan D. Lasko & Associates P.C. | 3410-000 | NA | 2,619.10 | 2,619.10 | 2,619.10 |
| Alan D. Lasko & Associates P.C. | 3420-000 | NA | 42.05 | 42.05 | 42.05 |
| Prestige Properties, | 3510-000 | NA | 16,500.00 | 16,500.00 | 16,500.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 52,866.51 | $ 52,866.51 | $ 52,866.51 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Illinois Department Of Revenue | 5800-000 | 643,098.00 | 6,507,398.12 | 6,507,398.12 | 4,957.23 |
| 8 | Illinois Department Of Revenue | 5800-000 | 69,300.00 | 8,191.73 | 8,191.73 | 6.24 |
| 1 | Internal Revenue Service | 5800-001 | 47,361.00 | 2,225.14 | 2,225.14 | 1.70 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 759,759.00 | $ 6,517,814.99 | $ 6,517,814.99 | $ 4,965.17 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | American Express Centurion Bank | 7100-000 | NA | 991.29 | 991.29 | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 7 | Illinois Department Of Revenue | 7100-000 | 643,098.00 | 4,347,473.33 | 4,347,473.33 | 0.00 |
| 8 | Illinois Department Of Revenue | 7100-000 | 69,300.00 | 1,238.90 | 1,238.90 | 0.00 |
| 1A | Internal Revenue Service | 7100-000 | 86,812.00 | 316,550.49 | 316,550.49 | 0.00 |
| 3 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | NA | 284.85 | 284.85 | 0.00 |
| 5 | Synchrony Bank | 7100-000 | 1,913.36 | 1,571.37 | 1,571.37 | 0.00 |
| 6 | Thomas Lynch, Attorney | 7100-000 | 11,532.50 | 11,562.50 | 11,562.50 | 0.00 |
| 2 | Wells Fargo Bank, N.A. | 7100-000 | 1,488.03 | 1,346.67 | 1,346.67 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 814,143.89 | $ 4,681,019.40 | $ 4,681,019.40 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 14-39902 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Asma M Saad | | | | Date Filed (f) or Converted (c): | 11/01/2014 (f) |
| | | | | | 341(a) Meeting Date: | 12/01/2014 |
| For Period Ending: | 01/09/2017 | | | | Claims Bar Date: | 07/22/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 25209 Wagon Wheel Lane, Frankfort IL 60423 | 225,000.00 | 0.00 | | 330,000.00 | FA |
| 2. Cash on Hand | 100.00 | 0.00 | | 0.00 | FA |
| 3. Charter One Checking | 100.00 | 0.00 | | 0.00 | FA |
| 4. Household goods and furnishings, including audio, video, and | 500.00 | 0.00 | | 0.00 | FA |
| 5. Wearing Apparel | 500.00 | 0.00 | | 0.00 | FA |
| 6. 100% Common Stock Tobacco House, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 7. 100% Common Stock Border Tobacco, Inc | 0.00 | 0.00 | | 0.00 | FA |
| 8. 2009 Chevy Silverado | 22,000.00 | 0.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $248,200.00          $0.00          $330,000.00          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee submitted the final report for review on October 12, 2016.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

| | | | | |
|---|---|---|---|---|
| RE PROP # | 1 | -- | Undivided 1/2 interest in property | |
| RE PROP # | 2 | -- | Cash on hand | |
| RE PROP # | 3 | -- | Charter One Checking | |
| RE PROP # | 4 | -- | Household goods and furnishings, including audio, video, and computer equipment. | |
| RE PROP # | 5 | -- | Wearing Apparel | |
| RE PROP # | 6 | -- | 100% Common Stock Tobacco House, Inc. The Company had ceased operations. | |
| RE PROP # | 7 | -- | 100% Common Stock Border Tobacco, Inc.  The company ceased operations. | |
| RE PROP # | 8 | -- | 2009 Chevy Silverado | |

Exhibit 8

Initial Projected Date of Final Report (TFR): 09/30/2015     Current Projected Date of Final Report (TFR): 10/12/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-39902 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Asma M Saad | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4586 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3833 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/16 | 1 | Polish & Slavic Credit Union | Earnest Money for Real Estate Deal | 1110-000 | $2,500.00 | | $2,500.00 |
| 06/03/16 | | Chicago Title and Trust Company<br>7831 West 95th Street<br>Hickory Hills, IL 60457 | Sale of Real Estate | | $104,762.37 | | $107,262.37 |
| | | | Gross Receipts    $327,500.00 | | | | |
| | | Seterus<br>PO Box 54420<br>Los Angeles, CA 90054 | First Mortgage Lien    ($143,537.15) | 4110-000 | | | |
| | | Nabih H. Ayad & Associates, P.C.<br>645 Griswold suite 2202<br>Detroit MI 48226 | Second Mortgage    ($35,000.00) | 4110-000 | | | |
| | | Asma Saad | debtor's Exemption    ($15,000.00) | 8100-002 | | | |
| | | Studnicka & Associates | Closing Costs - Survey    ($350.00) | 2500-000 | | | |
| | | Prestige Properties, | Real Estate Commission    ($16,500.00) | 3510-000 | | | |
| | | Chicago Title Insurance Company | closing costs    ($12,350.48) | 2500-000 | | | |
| | 1 | | 25209 Wagon Wheel Lane, Frankfort IL 60423    $327,500.00 | 1110-000 | | | |
| 06/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $107,252.37 |
| 07/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $129.16 | $107,123.21 |
| 07/13/16 | | Seterus<br>14523 SW Millikan Way<br>Suite 200<br>Beaverton, OR 97005 | Refund of closing costs | 2500-000 | | ($663.35) | $107,786.56 |

|  |  |  | Page Subtotals: | | $107,262.37 | ($524.19) | |

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 14-39902 | Trustee Name: Zane L. Zielinski, Trustee |
| Case Name: Asma M Saad | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX4586 |
| | Checking |
| Taxpayer ID No: XX-XXX3833 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 01/09/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/26/16 | 5001 | Clerk of the Court<br>U.S. District Court, Northern District of Illinois<br>219 South Dearborn Street, 20th Floor<br>Chicago, Illinois 60604 | Case No. 09 CR 999<br>Abbas Ghaddar sale proceeds paid pursuant to agreed order entered on July 26, 2016 | 8500-002 | | $78,631.17 | $29,155.39 |
| 08/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $159.83 | $28,995.56 |
| 09/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.67 | $28,944.89 |
| 12/02/16 | 5002 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $15,092.59 | $13,852.30 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($15,068.44) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order. ($24.15) | 2200-000 | | | |
| 12/02/16 | 5003 | United States Bankruptcy Court | Final distribution representing a payment of 100.00 % per court order. | 2700-000 | | $350.00 | $13,502.30 |
| 12/02/16 | 5004 | The Law Offices of William J. Factor, LTD<br>105 W. Madison<br>Suite 1500<br>Chicago, IL 60602 | Distribution | | | $5,875.98 | $7,626.32 |
| | | The Law Offices of William J. Factor, LTD | Final distribution representing a payment of 100.00 % per court order. ($5,855.00) | 3110-000 | | | |
| | | The Law Offices of William J. Factor, LTD | Final distribution representing a payment of 100.00 % per court order. ($20.98) | 3120-000 | | | |
| 12/02/16 | 5005 | Alan D. Lasko & Associates P.C. | Distribution | | | $2,661.15 | $4,965.17 |

Page Subtotals: $0.00 $102,821.39

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-39902 | Trustee Name: | Zane L. Zielinski, Trustee |
| Case Name: | Asma M Saad | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX4586 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3833 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 01/09/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order.  ($2,619.10) | 3410-000 | | | |
| | | Alan D. Lasko & Associates P.C. | Final distribution representing a payment of 100.00 % per court order.  ($42.05) | 3420-000 | | | |
| 12/02/16 | 5006 | Clerk, U.S. Bankruptcy Court | Remit to Court | 5800-001 | | $1.70 | $4,963.47 |
| 12/02/16 | 5007 | Illinois Department Of Revenue Bankruptcy Section Po Box 64338 Chicago Il 60664-0338 | Distribution | | | $4,963.47 | $0.00 |
| | | Illinois Department Of Revenue | Final distribution to claim 7 representing a payment of 0.08 % per court order.  ($4,957.23) | 5800-000 | | | |
| | | Illinois Department Of Revenue | Final distribution to claim 8 representing a payment of 0.08 % per court order.  ($6.24) | 5800-000 | | | |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $107,262.37 | $107,262.37 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $107,262.37 | $107,262.37 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $107,262.37 | $107,262.37 |

Page Subtotals:  $0.00  $4,965.17

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4586 - Checking | $107,262.37 | $107,262.37 | $0.00 |
|  | $107,262.37 | $107,262.37 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $222,737.63 |
|---|---|
| Total Net Deposits: | $107,262.37 |
| Total Gross Receipts: | $330,000.00 |

Page Subtotals:   $0.00   $0.00